0



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

JAIME DAVID SARMIENTO,

Defendant.

Case No.  CR 2:14-cr-360

ORDER OF DETENTION

[Fed. R. Crim. P. 32.1(a)(6);
18 U.S.C. § 3143(a)(1)]

On September 7, 2023, Defendant Jaime Sarmiento made his initial on the petition for revocation of supervised release and warrant for arrest issued on April 19, 2023.  DFPD Jonathan Aminoff was appointed to represent Defendant. The government was represented by Assistant U.S. Attorney Jeremy Beecher. Mr. Sarmiento submitted on the recommendation of detention in the report prepared by Pretrial Services.

Pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a), following an arrest for alleged violation of the terms of supervised release, the defendant bears the burden of establishing, by clear and convincing evidence,

that he would appear for further proceedings as required if released. 18 U.S.C. § 3142(b)-(c). The Court founds Mr. Sarmiento has not carried that burden. This finding is based on the violations alleged in the Petition, which include an allegation that Mr. Sarmiento failed to maintain contact with his Probation Officer, left the country without notifying his Probation Officer, changed his residence without notifying his Probation Officer, and has repeated failed to appear in front of his Probation Officer as ordered.

IT IS THEREFORE ORDERED that the defendant is remanded to the custody of the U.S. Marshal pending further proceedings in this matter.

Dated: September 7, 2023

BRIANNA FULLER MIRCHEFF
UNITED STATES MAGISTRATE JUDGE